No. 99–7060. McGUIRE v. ARKANSAS ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7061. BRADLEY v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7067. PEACHLUM v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–7068. OVERHOLT v. AUGLAIZE COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–7071. VALDES v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 99–7074. NOTTINGHAM v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7076. NELSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 99–7081. SHRINER v. WILEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 99–7084. JONES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7088. DOBSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7092. THOMAS v. BUSH ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–7096. BROWN v. KALTENBACH ET AL. Ct. App. Ky. Certiorari denied.

No. 99–7111. MATTHEWS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7112. JACKSON v. CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–7115. JACKSON v. NEW YORK. C. A. 2d Cir. Certiorari denied.